1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER SHANE LANGSTON,                      No.  2:16-cv-2366 WBS DB P

12                         Plaintiff,

13              v.                                FINDINGS AND RECOMMENDATIONS

14    J. BLACKFORD,

15                         Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18    action under 42 U.S.C. § 1983.  In an order filed May 26, 2017, the court found plaintiff was not

19    eligible to proceed in forma pauperis in this action because he has accrued three strikes under 28

20    U.S.C. § 1915(g).  The court ordered plaintiff to pay the filing fee within twenty-one days and

21    warned plaintiff that his failure to do so would result in a recommendation that this action be

22    dismissed.

23          Twenty-one days have passed and plaintiff has not submitted the filing fee or otherwise

24    responded to the court's May 26 order.

25          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

26    prejudice.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

27          These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 28, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/lang2366.3 strikes fr